| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) #Name? BEEZER, ROBERT R. | 2. Court or Organization U.S. Court of Appeals-9th Cir. | 3. Date of Report 3/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5. Report Type (check appropriate type) ○ Nomination Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 301 Park Place Building 1200 Sixth Avenue Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 See Part VIII C |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2005 APR -6 A 9: 51 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, Please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Becker, Robert R | 3/31/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Rainier Club, Seattle, WA | 2004 Honorary membership** | |
| 2. | The Harbor Club, Seattle, WA | 2004 Honorary membership** | |
| 3. | | **See Part VIII explanation for Part V | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Coca Cola, Common | D | Dividend | M | T | | | | | |
| 2. American Telephone, Common | A | Dividend | J | T | | | | | |
| 3. Bell South, Common | B | Dividend | L | T | | | | | |
| 4. Verizon Communications, Common | B | Dividend | L | T | | | | | |
| 5. SBC Communications, Inc., Common | C | Dividend | L | T | | | | | |
| 6. Fortune Brands, Common | B | Dividend | M | T | | | | | |
| 7. Exxon, Common | D | Dividend | O | T | | | | | |
| 8. Ford Motor, Common | A | Dividend | K | T | | | | | |
| 9. Evergreen Funds, (IRA) | B | Dividend | | | Redeem | 4/19 | K | A | See Part VIII A |
| 10. U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 11. Merrill Lynch Mun. Bond Fund | D | Interest | M | T | | | | | See Part VIII A |
| 12. Proc. & Gamble, Common | D | Dividend | N | T | | | | | |
| 13. Union Bank of Calif., Seattle, | B | Interest | M | T | | | | | |
| 14. Bethlehem Steel, Common | | None | J | T | | | | | |
| 15. U.S. Treasury Bond 10-5/8 (2015) | D | Interest | M | T | | | | | |
| 16. Bank of America, formerly Fleet Boston Financial, Common | D | Dividend | M | T | | | | | |
| 17. Scottish Power, Common | A | Dividend | K | T | | | | | |
| 18. Puget Sound Energy, Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Edison International, Common | A | Dividend | K | T | | | | | |
| 20. Aegon, Common | A | Dividend | J | T | | | | | |
| 21. Ft. Dearborn, Common | A | Dividend | J | T | | | | | |
| 22. Tri Continental, Common | A | Dividend | K | T | | | | | See Part VIII A |
| 23. General Electric, Common | C | Dividend | M | T | | | | | |
| 24. Dow Chemical, Common | A | Dividend | K | T | | | | | |
| 25. Clorox, Common | A | Dividend | K | T | | | | | |
| 26. Int. Paper, Common | A | Dividend | K | T | | | | | |
| 27. IBM, Common | A | Dividend | L | T | | | | | |
| 28. T. Rowe Price, New Era | B | Dividend | M | T | | | | | See Part VIII A |
| 29. T. Rowe Price, New Horizons | | None | M | T | | | | | |
| 30. NL Industries, Common | A | Dividend | J | T | | | | | |
| 31. Bank of America, Savings | A | Interest | L | T | | | | | |
| 32. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 33. Great Northern Iron Ore Trust Certificate | B | Dividend | K | T | | | | | |
| 34. Treasury Direct (No. 1) | C | Interest | N | T | | | | | See Part VIII D |
| 35. Treasury Direct (No. 2) | D | Interest | O | T | | | | | See Part VIII D |
| 36. Pioneer Natural Resources, Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,901-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Starbucks, Common | | None | L | T | | | | | |
| 38. US Bank, Seattle | A | Interest | L | T | | | | | |
| 39. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 40. Washington Mutual Savings, Seattle | A | Interest | M | T | | | | | |
| 41. Wells Fargo Bank, Seattle | A | Interest | M | T | | | | | |
| 42. Vodafone, Common | A | Dividend | K | T | | | | | |
| 43. Cytec, Common | A | Dividend | J | T | | | | | |
| 44. Tesoro, Common | | None | K | T | | | | | |
| 45. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 46. Lucent Technology, Common | | None | J | T | | | | | |
| 47. NCR Corp., Common | | None | J | T | | | | | |
| 48. Gallaher, ADRS | C | Dividend | M | T | | | | | |
| 49. Qwest, , Common | | None | J | T | | | | | |
| 50. Citigroup, Common | A | Dividend | J | T | | | | | |
| 51. Halliburton, Common | A | Dividend | J | T | | | | | |
| 52. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |
| 53. Avaya Communications, Common | | None | J | T | | | | | |
| 54. Visteon Corporation, Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $6,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Minnesota GO 2010 5% | C | Interest | M | T | | | | | |
| 56. Home Street Bank, Seattle | B | Interest | M | T | | | | | |
| 57. Washington Federal S&L, Seattle | B | Interest | M | T | | | | | |
| 58. Verity Credit Union | A | Interest | K | T | | | | | |
| 59. AT&T Wireless, Common | | None | | | Sell | 10/26 | J | C | |
| 60. Agere Systems, Class A, Common | | None | J | T | | | | | |
| 61. Agere Systems, Class B, Common | | None | J | T | | | | | |
| 62. J.M. Smucker Co., Common | A | Dividend | J | T | | | | | |
| 63. Travelers Prop & Cas, Class A, Common | A | Dividend | | | Exchange | 4/7 | J | A | See Part VIII B |
| 64. Travelers Prop & Cas, Class B, Common | A | Dividend | | | Exchange | 4/7 | J | A | See Part VIII B |
| 65. Comcast, Class A, Common | | None | K | T | | | | | |
| 66. Treasury Direct No. 3 | D | Interest | O | T | | | | | See Part VIII D |
| 67. Kronos Worldwide | | None | J | T | | | | | |
| 68. St. Paul Travelers Companies, Inc. (X) | A | Dividend | J | T | | | | | See Part VIII B |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Beezer, Robert R | 3/31/2005 |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Explanation for Part V: Gifts

**These memberships are limited to signing privileges and permit use of club facilities. They do not have a fixed monetary value but each is estimated to have a value in excess of $250.00

Explanation for Part VII: Investments and Trusts

A. Dividend reinvestments resulted in the the receipt of additional shares from the following firms during calendar year 2004 as follows:

Evergreen Funds (IRA)
Merrill Lynch Municipal Bond Fund
Tri Continental Corporation
T. Rowe Price, New Era Fund

B. On April 9, 2004, all shares of Travelers Property & Casualty Class A Common and Class B Common were exchanged for shares of St. Paul Travelers Companies, Inc., together with cash.

C. Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1. During 2004, the trust received income in an amount of Income Code E.

As of December 31, 2004, Trust #1 held assets as follows:

| Item | Value Code |
|---|---|
| Shares of General Electric, Common | J |
| U.S. Treasury Bonds 10-5/8 due 2015 | M |
| Shares of SBC Communications, Inc., Common | K |
| Checking account, Union Bank of California, Seattle, WA | J |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

D. All treasury bills were maintained in Treasury Direct accounts and are reported in 2004 as a single entry. During 2004, principal deposits were made to these accounts in the following amounts:

Account No. 1   Value Code K
Account No. 2   Value Code J
Account No. 3   Value Code M

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _____March 31, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544